AO 442 (Rev. 12/85) Warrant for Arrest    AUSA LAURENCE M. BARDFELD    SPECIAL AGENT JOE COLLINS (954)489-1730

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-4188-BSS

FILED by

JUL 31 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RA'ED NASER ALDIN _____
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

July 29, 2000
~~AUGUST 5, 2000~~ FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954)489-1730

# *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

FILED by ___ D.C.
JUL 31 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-4189-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____NADIA AL MASRI_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY S. SELTZER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS

Bail fixed at $ PRE TRIAL DETENTION

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

JULY 31, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by [signature] BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954) 489-1730

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-4190-BSS

FILED by D.C.
JUL 31 2000

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ NIZAR ENEICHE _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $PRE-TRIAL DETENTION

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR\CLERK OF THE COURT~~
Title of Issuing Officer

July 30, ~~AUGUST 1~~, 2000, FORT LAUDERDALE, FLORIDA  12:09
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |