AO 442 (Rev 12/85) Warrant for Arrest AUSA LAURENCE M. BARDFELD SPECIAL AGENT DOC LODHI

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6211**

**CR-HURLEY**
**MAGISTRATE JUDGE**
**VITUNAC**

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RAED NASER AL DIN___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title __21__ United States Code, Section(s) __841(d)(2) and 846__

___CLARENCE MADDOX___
Name of Issuing Officer

___COURT ADMINISTRATOR\CLERK OF THE COURT___
Title of Issuing Officer

___Lenny Butler___
Signature of Issuing Officer

___AUGUST 1, 2000, FORT LAUDERDALE, FLORIDA___
Date and Location

Bail fixed at $ __PRE TRIAL DETENTION__

by ___BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE___
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |