AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954)489-1730

## United States District Court

SOUTHERN DISTRICT OF FLORIDA   494483

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-6211-CR-Hurley

REC'D by _____ D.C.
SEP 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **RAED NASER ALDIN**
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER                                U.S. MAGISTRATE JUDGE
Name of Issuing Officer                       Title of Issuing Officer

Barry Seltzer                                July 29, 2000
Signature of Issuing Officer                  FORT LAUDERDALE, FLORIDA
                                              Date and Location

BSS                                           Barry Seltzer
Bail fixed at $ PRE TRIAL DETENTION           by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Detroit, Michigan |

| DATE RECEIVED 7/29/00 | NAME AND TITLE OF ARRESTING OFFICER United States Marshal Southern District of Florida James A. Tassone | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/22/00 | | Edward Purchase, SDUSM |