## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 10/5/00   TIME: 9:00 AM

DEFT. RAED NASER ALDIN (J)#28465-039   CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD (*Kerry Baron for*)   ATTY. _____

AGENT. _____   VIOL. RULE 40-IN/ED/MICHIGAN
PWID PSEUDOEPHEDRINE
21:846, 841 (a)(1)

PROCEEDING   INITIAL   BOND. PTD SET IN ED/MICHIGAN

DISPOSITION: Arabic Interpreter needed. Defendant to be advised of his rights at next hearing. Government stated defendant consented to Pretrial Detention in the ED/Michigan. CJA counsel Charles White appointed. Matter to be reset when an Arabic Interpreter is available.

Matter reset to Tuesday, October 10, 2000 @ 9:30 am for arraignment and advisement of rights before Judge Vitunac.

DATE: 10/5/00.   TAPE: LRJ-00- 86-3076