CASE NUMBER _00-6211-CR-Hurley_

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE __ARABIC__

DEFENDANT(S)   __RAED NASER ALDIN__

c: Court Interpreter Supervisor

