CASE NO.:<u>00-6211-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAED NASER ALDIN,

      Defendant.

_____/

## ARRAIGNMENT INFORMATION SHEET

      The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>OCTOBER 10, 2000</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**      Address:  <u>IN CUSTODY</u>

              Telephone no.:_____

**DEFENSE COUNSEL:**    Name:<u>  CHARLES WHITE  (CJA) </u>

              Address:<u>  2250 S.W. 3rd AVENUE # 150 </u>

              <u>  MIAMI, FLORIDA 33129 </u>

              Telephone no.:<u>(305) 856-1211 </u>

BOND/SET//////////: $<u>  70,000 10% </u>

BOND//// hrg held: YES_____ NO <u>X</u> BOND/PTD hrg set for_____

Dated this <u>  10 </u> day of <u>  OCTOBER </u>, 2000.

                CLARENCE MADDOX, CLERK OF COURT

                By:_____
                        Deputy Clerk

c:    Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service

