# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 10/10/2000   TIME: 9:30 AM

DEFT. RAED NASER ALDIN (J) #28465-039   CASE NO. 00-6211-CR-HURLEY/VITUNAC
(Arabic Interp. Ord'd-10/6/00)

AUSA. LAURENCE BARDFELD   ATTY. CHARLES WHITE (CJA)

AGENT. JOSEPH COLLINS-DEA   VIOL. 21:841(d)(2), 846

PROCEEDING ARRAIGNMENT & ~~DETENTION~~ Bond   BOND. ~~PTD (REQUESTED BY GOVT)~~ Govt. rec. $70,000 10% instead of PTD

DISPOSITION Arraignment & Bond held.

Deft present with counsel - sworn/test.
Indictment read to deft by Interpreter &
advised of his rights.
Govt. withdraws PTD & rec. $70,000 10% instead.
Deft pleads not guilty to Indictment

Reading of Indictment Waived
Not Guilty plea entered — signed & distributed
Jury trial demanded
Standing Discovery Order requested

Status Disc. set for 11-13-00 @ 9:30 am before
Judge Johnson.
Court sets bond @ $70,000 10%
further hearing to be held before Deft. can
be released.

DATE: 10-10-00   TAPE: ACV 00-73-490