UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

## MOTION FOR AUTHORIZATION TO RETAIN ARABIC INTERPRETER

The Defendant, **RAED NASER ALDIN**, through counsel, pursuant to 18 U.S.C., Section 3006A, respectfully requests this Court permit him to retain an Arabic interpreter, and in support thereof would state:

1. The Defendant is a Palestinian citizen who speaks little or no English. Undersigned counsel does not speak any Arabic.

2. Counsel had met Ed Salama, an Arabic interpreter when he appeared before the Magistrate Judge on October 10, 2000. Mr. Salama had been contacted by the Clerk's Office to interpret for the Defendant in Court. Mr. Salama has indicated to counsel his willingness to assist him in communicating with his client. Mr. Salama interpreted for counsel during his initial interview, and counsel was quite satisfied with his services. Mr. Salama is familiar with the procedure for payment for interpretative services rendered under the Criminal Justice Act.

3. At this stage in the proceedings, it is not known the extent to which tapes or other documents relevant to discovery will need to be translated from Arabic into English. For instance, if there are tapes, then the Defendant will require his own interpretation and transcription in order to comply with the rules of admissibility of foreign language documents set forth in <u>United States v. Cruz</u>, 765 F.2d 1020, 1022 (11th Cir. 1985), quoting <u>United States v. Llinas</u>, 603 F.2d 506, 509-510 (5th Cir. 1979), <u>cert. denied</u>, 444 U.S. 1079, 100 S.Ct. 1030, 62 L.Ed.2d 762; and <u>United States v. Onori</u>, 535 F.2d 938, 947-49 (5th Cir. 1976).

3. Accompanying this Motion is a CJA 21 for interpretation services in this case. The $1,000.00 maximum allowable by the District Court is being requested as an authorization. This amount will be a ceiling that is billed out at the customary rates for certified court interpreters in the U.S. District Court for the Southern District of Florida. If the $1,000.00 cap is exceeded, counsel will make a supplemental request. Mr. Salama understands that he will only be compensated for the time reasonably necessary to the defense as determined by the Court.

THEREFORE, the Defendant requests this Court authorize the retention of Ed Salama for Arabic interpretation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of October, 2000, to: LARRY BARDFELD, ASST. U.S. ATTORNEY, U.S. Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, FL 33301.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
2250 S.W. Third Avenue
Suite 150
Miami, Florida 33129
Tel:  (305) 856-1211
Fax:  (305) 856-0171
Florida Bar No. 334170



_____
CHARLES G. WHITE, ESQ.

| 1. JURISDICTION | 2. MAG. JUDGE DOCKET | VOUCHER NO. |
|---|---|---|
| 1. DISTRICT   2. DISTRICT   3. APPEALS   4. OTHER | | 072 84 |

| 3. DISTRICT DOCKET NO. | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CASE CODE |
|---|---|---|---|---|
| 00-6211 | | So. Dist. of Fla. | WPB | |

**7A. CHARGE/OFFENSE** (U.S. or other code citation)

**8. IN THE CASE OF**   UNITED STATES   VS.   RAED ALDIN

**9. PERSON REPRESENTED** (LAST NAME, FIRST NAME, M.I.)   ALDIN, RAED NASER

**11. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED** (DESCRIBE BRIEFLY)
TRIAL PREPARATION

**10. PERSON REPRESENTED (STATUS)**
1 [X] DEFENDANT-ADULT   3 [ ] APPELLANT   5 [ ] OTHER
2 [ ] DEFENDANT-JUVENILE   4 [ ] APPELLEE

**12. TYPE OF SERVICES REQUESTED**
1 [ ] INVESTIGATOR   5 [ ] POLYGRAPH   9 [ ] CALR
2 [X] INTERPRETER   6 [ ] DOCUMENTS   10 [ ] CHEMIST
3 [ ] PSYCHOLOGIST   7 [ ] FINGERPRINTS   11 [ ] BALLISTICS
4 [ ] PSYCHIATRIST   8 [ ] ACCOUNTANT   12 [ ] OTHER

**13. SERVICES TO BE PROVIDED BY** (Name, organization, address, area code, telephone no.)
ED SALAMA
118 Churchill Drive
Royal Palm Beach, FL 33411
(561) 333-8952

**14. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES.** Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for Item 14.)
See Motion for Authorization to Retain Arabic Interpreter

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
[ ] Authorization to obtain the service or
[ ] Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act.
(Note: Prior authorization should be obtained for services in excess of $300)

▶ SIGNATURE OF ATTORNEY
▶ CHARLES G. WHITE
PRINTED NAME OF ATTORNEY
▶ (305) 856-1211
PHONE NO.
▶ DATE

1 [ ] LEGAL ORG.   2 [X] PANEL ATTORNEY   3 [ ] RETAINED ATTY.   4 [ ] PRO-SE

**16. ESTIMATED COMPENSATION** (Describe basis, i.e. hourly or daily rate or fixed fee)
$ 1,000.00 cap

**17. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER
▶ DATE

## CLAIM FOR SERVICE

**18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED** (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)

A. TOTAL COMPENSATION $
B. TOTAL EXPENSES $
C. TOTAL AMOUNT CLAIMED $

**19. CLAIMANT'S CERTIFICATION FOR PERIOD** _____ TO _____
F [ ] FINAL PAYMENT   I [ ] INTERIM PAYMENT NO. _____
S [ ] SUPPLEMENTAL PAYMENT
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.

▶ SIGNATURE OF CLAIMANT    ▶ DATE

**20. CERTIFICATION OF ATTORNEY**
I hereby certify that these services were rendered.

▶ ATTORNEY'S SIGNATURE    ▶ DATE

## APPROVED FOR PAYMENT

**21(a).** Either the cost of these services does not exceed $300, or prior authorization was obtained.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER    ▶ DATE    ▶ JUDGE/MAG. JDG. CODE

**21(b).** Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.

▶ SIGNATURE OF PRESIDING JUDICIAL OFFICER    ▶ DATE    ▶ JUDGE/MAG. JDG. CODE

**22. AMOUNT APPROVED/CERT.**
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED $

**23. Excess payment approved under 18 U.S.C. 3006A (e) (13)**

▶ SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)    ▶ DATE

**24. TOTAL APPROVED** $

| 25. NAME OF PAYEE | 26. PAYEE'S ADDRESS (Include city, state & zip code) |
|---|---|
| ED SALAMA | 118 Churchill Dr., Royal Palm Beach, FL 33411 |

| 27. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO. | 28. ATTORNEY'S NAME AND ADDRESS (Include city, state & zip code) |
|---|---|
| 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 | CHARLES G. WHITE, 2250 S.W. 3rd Ave., # 150, Miami, FL 33129 |