UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

### ORDER GRANTING AUTHORIZATION TO RETAIN ARABIC INTERPRETER

THIS CAUSE having come before the Court upon Defendant's Motion for Authorization to Retain Arabic Interpreter, and the Court having been fully advised in the premises, it is

ORDERED and ADJUDGED that said Motion is hereby GRANTED, with a cap of $1,000.00, without prejudice to seek additional authorization upon proper showing.

DONE and ORDERED in Chambers at Palm Beach County, Florida, this __23RD__ day of October, 2000.

                                              U.S. DISTRICT JUDGE

Copies to:

Charles G. White, P.A.
Larry Bardfeld, Asst. U.S. Attorney