# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA
          Plaintiff,

**NOTICE**

          VS.

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

| | |
|---|---|
| THOMAS L. NAROG | (B) |
| GHANDI JABER | (B) |
| AHMAD ALMASRI | (B) |
| NADIA ALMASRI | (B) |
| SABER ABDELMUTI | (B) |
| RAED NASER ALDIN | (J) |
| NABIL AQUIL | (B) |
| NIZAR FNEICHE | (B) |
| RABAH EL HADDAD | (B) |
| ZUHAIR RABEI | (B) |
| MOHAMMED SAMHAN | (B) |

          (Defts. required)
(Arabic Interp. Ord'd)
          Defendants.

TYPE OF CASE:

          (  ) **CIVIL**          (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place,
          date, and time set forth below:

PLACE:
UNITED STATES COURTHOUSE
701 CLEMATIS STREET
WEST PALM BEACH, FL. 33401

ROOM NO.:
          COURTROOM #3    (4TH FLOOR)
DATE AND TIME:
WEDNESDAY, 3-14-01 @ 10:00 AM

TYPE OF PROCEEDING:

          ARRAIGNMENT ON SUPERSEDING INDICTMENT

(  ) **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

PLACE:                    DATE/TIME PREVIOUSLY          CONTINUED TO, DATE
                              SCHEDULED:                    AND TIME:

          ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MARCH 7, 2001
DATE

(BY) DEPUTY CLERK

```
USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)



TO:  FRED HADDAD, ESQUIRE
     JACK GOLDBERGER, ESQUIRE
     GLENN SEIDEN, ESQUIRE
     MARK NEJAME, ESQUIRE
     THEODORE WEEKS, ESQUIRE
     CHARLES WHITE, ESQUIRE
     PAUL GOODMAN, ESQUIRE
     TIMOTHY BIASIELLO, ESQUIRE
     JOHN HOWES, ESQUIRE
     RANDEE GOLDER, ESQUIRE
     RICHARD HAMAR, ESQUIRE
     UNITED STATES ATTORNEY (LAURENCE BARDFELD)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE
```