UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RAED NASER ALDIN,

       Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14, 2001__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: __IN CUSTODY__

        Telephone no.: _____

**DEFENSE COUNSEL:**  Name: __CHARLES WHITE__

        Address: __225 MIZNER BLVD., SUITE 300__

        __BOCA RATON, FLORIDA 33432__

        Telephone no.: __(561) 620-7424__

BOND/SET/////////: $__70,000 10%__

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __14__ day of __MARCH__, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: _____
       Deputy Clerk

c:    Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service