# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. RAED NASER ALDIN (J)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-3/7/01)
ATTY: AnDee Golder for
AUSA. LAURENCE BARDFELD      CHARLES WHITE (CJA)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $70,000 10%

DISPOSITION: Arraignment held
Deft present with atty Golder, standing in for atty White
Deft waives formal reading of the S/ Indictment & pleads not guilty

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested — agreed & dist

Status Disc 4-16-01 @ 9:30 AM - Judge Vitunac

DATE: 3-14-01   TAPE: AEV 01-16-2987