UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

## MOTION TO SEAL

The Defendant, **RAED NASER ALDIN**, through counsel, respectfully requests this Court seal the accompanying defense document.

DATED this 12th day of April, 2001.



    Respectfully submitted,

    CHARLES G. WHITE, P.A.
    Counsel for Defendant
    2250 S.W. Third Avenue
    Suite 150
    Miami, Florida 33129
    Tel:  (305) 856-1211
    Fax:  (305) 856-0171
    Florida Bar No. 334170

    _____
    CHARLES G. WHITE, ESQ.