# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/16/2001   TIME: 9:30 AM

DEFT. RAED NASER ALDIN (J)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. *James Hopkins* / LAURENCE BARDFELD   ATTY. CHARLES WHITE (CJA)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.   BOND. $70,000 10%

DISPOSITION Status/Discovery held

Parties present

Discovery Out

1 month for Trial

expert testimony available this Wednesday.

DATE: 4-16-01   TAPE: AEV 01-24-1