================================================================

# UNITED STATES DISTRICT COURT

<u>   SOUTHERN   </u> DISTRICT OF <u>   FLORIDA   </u>

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

RAED NASER ALDIN (J)#28465-039
(Arabic Interp. Ord'd)
   (Deft. required)
      Defendant.

---

TYPE OF CASE:

( ) **CIVIL**       (XX) **CRIMINAL**

---

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3 (4TH FLOOR)<br>DATE AND TIME:<br>**THURSDAY, 5-24-01 @ 10:00 AM** |

TYPE OF PROCEEDING:

MOTION TO SUPPRESS STATEMENTS

---

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

PLACE:      DATE/TIME PREVIOUSLY SCHEDULED:      CONTINUED TO, DATE AND TIME:

---

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MAY 9, 2001
DATE

(BY) DEPUTY CLERK

TO: CHARLES WHITE, ESQUIRE
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE
    TIMOTHY BASIELLO, ESQUIRE

USA VS. RAED NASER ALDIN
CASE#00-6211-CR-HURLEY/VITUNAC (s)

    GLENN SEIDEN, ESQUIRE
    FRED HADDAD, ESQUIRE
    RICHARD HAMAR, ESQUIRE
    JOHN HOWES, ESQUIRE
    THEODORE WEEKS, ESQUIRE
    PAUL GOODMAN, ESQUIRE
    RANDEE GOLDER, ESQUIRE
    FRANCIS BLANKNER, ESQUIRE
    RICHARD DOCOBO, ESQUIRE