# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA
    Plaintiff,

VS.

RAED NASER ALDIN (J)#28465-039
(Arabic Interp. Ord'd)
    (Deft. required)
    Defendant.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

TYPE OF CASE:

( ) **CIVIL**     (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:

ROOM NO.: COURTROOM #3   (4TH FLOOR)
DATE AND TIME:

TYPE OF PROCEEDING:

MOTION TO SUPPRESS STATEMENTS

(XX) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE 701 CLEMATIS STREET WPB, FL. 33401 | 5-24-01 @ 10:00 AM | **5-30-01 @ 9:30 AM** |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MAY 22, 2001
DATE

(BY) DEPUTY CLERK

TO: CHARLES WHITE, ESQUIRE
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE
    TIMOTHY BASIELLO, ESQUIRE

USA VS. RAED NASER ALDIN
CASE#00-6211-CR-HURLEY/VITUNAC (s)

```
GLENN SEIDEN, ESQUIRE
FRED HADDAD, ESQUIRE
RICHARD HAMAR, ESQUIRE
JOHN HOWES, ESQUIRE
THEODORE WEEKS, ESQUIRE
PAUL GOODMAN, ESQUIRE
RANDEE GOLDER, ESQUIRE
FRANCIS BLANKNER, ESQUIRE
RICHARD DOCOBO, ESQUIRE
```