UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA )
)
v. )
)
RAED ALDIN )
)
_____ )

## MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by and through undersigned counsel, hereby files this motion to continue the suppression hearing currently scheduled for Thursday, May 24, 2001. As grounds for the motion, the United States submits the following.

1. A suppression hearing on Defendant Raed Aldin's Motion to Suppress Statements is currently scheduled for Thursday, May 24, 2001 at 10:00 a.m. before Judge Vitunac.

2. Undersigned counsel is currently in trial before Judge Dimitrouleas in United States v. Dwight Fletcher, Case No. 01-6004-CR-DIMITROULEAS.

3. On Monday, May 21, 2000, Judge Dimitrouleas severed the co-defendant from this trial, and scheduled the trial of the co-defendant for Wednesday, May 23, 2001. United States v. Quintan Smith, Case No. 01-6004-CR-DIMITROULEAS is scheduled to begin on

May 23, 2001.

    4. Undersigned counsel will not be finished with that second trial on May 24, 2001, and therefore will be unavailable for the suppression hearing.

    5. Undersigned counsel was unable to contact counsel for Defendant to determine his position on this Motion to Continue.

    WHEREFORE undersigned counsel respectfully requests that this court continue te suppression hearing until some time during the week of May 29, 2001.

                                Respectfully submitted,

                                GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
       LAURENCE M. BARDFELD
       Assistant U.S. Attorney
       500 East Froward Blvd., #700
       Ft. Lauderdale, Florida  33394
       (954) 356-7255, Fax: 356-7228
       Fla. Bar No. 712450

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 22nd day of May, 2001, to: Charles White, Esquire, 2250 SW 3rd Ave., Suite 150, Miami, Fl 33129.

                                                              _____
                                                              LAURENCE M. BARDFELD
                                                              ASSISTANT U.S. ATTORNEY

.