# UNITED STATES DISTRICT COURT

<u>    SOUTHERN    </u> DISTRICT OF <u>    FLORIDA    </u>

UNITED STATES OF AMERICA
    Plaintiff,

VS.

RAED NASER ALDIN (J)#28465-039
(Arabic Interp. Ord'd)
   (Deft. required)
    Defendant.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)

TYPE OF CASE:

( ) **CIVIL**          (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:        ROOM NO.:
               COURTROOM #3 (4TH FLOOR)
               DATE AND TIME:

TYPE OF PROCEEDING:

MOTION TO SUPPRESS STATEMENTS

(XX) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | 5-30-01 @ 9:30 AM | **6-11-01 @ 10:00 AM** |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

/s/ Sandra Cenedese
(BY) DEPUTY CLERK

MAY 23, 2001
DATE

TO: CHARLES WHITE, ESQUIRE
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE

USA VS. RAED NASER ALDIN
CASE#00-6211-CR-HURLEY/VITUNAC (s)

    TIMOTHY BASIELLO, ESQUIRE
    GLENN SEIDEN, ESQUIRE
    FRED HADDAD, ESQUIRE
    RICHARD HAMAR, ESQUIRE
    JOHN HOWES, ESQUIRE
    THEODORE WEEKS, ESQUIRE
    PAUL GOODMAN, ESQUIRE
    RANDEE GOLDER, ESQUIRE
    FRANCIS BLANKNER, ESQUIRE
    RICHARD DOCOBO, ESQUIRE