UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
MOHAMMED SAMHAN,
    Defendants.
_____/



## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Tuesday, June 5, 2001, at 8:45 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

DATED and SIGNED in Chambers at West Palm Beach, Florida this 29th day of May, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.
Glenn Seiden, Esq.
Jack Goldberger, Esq.
F Wesley Blankner, Esq.
Richard Docobo, Esq.
Charles White, Esq.
Paul Goodman, Esq.
Timothy Biasiello, Esq.
John R. Howes, Esq.
Richard A. Hamar, Esq.