UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.

_____/

FILED by ___ D.C.
JUN - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER TO SEAL

THIS CAUSE having come to be heard on Defendant's Motion to Seal, and the Court being advised in the premises, it is

ORDERED and ADJUDGED that Defendant's Motion to Seal is hereby GRANTED *until the end of trial.*

DONE and ORDERED in Chambers this __4th__ day of __June__, 2001.

_____
U.S. DISTRICT JUDGE

Copies to:

Charles G. White, Esq.