# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 06/11/2001   TIME: 10:00 AM

DEFT. RAED NASER ALDIN (J)#28465-039   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-5/23/01)

AUSA. LAURENCE BARDFELD   ATTY. CHARLES WHITE (CJA)

AGENT. JOSEPH COLLINS-DEA   VIOL. 21:841(a)(1),846

PROCEEDING MOTION TO SUPPRESS STATEMENTS   BOND. $70,000 10%

DISPOSITION Motion to Suppress held

Deft present with counsel

Parties present opening arguments

Witness: Michael Baker - S/A DEA - sworn/tst.

Witness: Joseph Collins - S/A DEA - sworn/tst.

Defense present closing arguments

Gov't present closing arguments

R&R to follow

DATE: 6-11-01   TAPE: AV 01-51-94
01-52-1

Court Reporter - Kimberly Mahin