UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

RAED NASER ALDIN,

        Defendant.
_____/

*NIGHT BOX FILED JUN 1 8 2001 CLERK, USDC / SDFL / WPB*

### NOTICE OF CHANGE OF ADDRESS

**NOTICE** is hereby given that the **LAW OFFICES OF CHARLES G. WHITE, P.A.**, have relocated. The new address is:

**2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606
Telephone: (305) 856-1211
Facsimile: (305) 446-5856
E-mail: cgwhitelaw@netscape.net**

Service of all pleadings, notices and papers by mail should be addressed to the undersigned counsel at the above-captioned address.

Respectfully submitted,

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
Tel: (305) 856-1211
Fax: (305) 446-5856
Florida Bar No. 334170

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of June, 2001, to: LAURENCE M. BARDFELD, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and defense counsel listed below.

RICHARD HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for MOHAMMED SAMHAN)

FRED HADDAD, ESQ.
One Financial Plaza, # 2612
Fort Lauderdale, FL 33394
(Counsel for THOMAS NAROG)

JOHN R. HOWES, ESQ.
633 S.E. Third Ave., # 4F
Fort Lauderdale, FL 33301
(Counsel for RABAH EL HADDAD)

PAUL GOODMAN, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NABIL AQUIL)

TIMOTHY BIASIELLO, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NIZAR FNEICHE)

RANDEE J. GOLDER, ESQ.
Post Office Box 3756
Boynton Beach, FL 33424
(Counsel for ZUHAIR RABEI)

GLENN SEIDEN, ESQ.
33 N. Dearborn St., # 1015
Chicago, IL 60602
(Counsel for GHANDI JABER)

RICHARD DOCOBO, ESQ.
1571 N.W. 13th Court
Miami, FL 33125
(Counsel for NADIA ALMASRI)

THEODORE WEEKS IV, ESQ.
One Lake Morton Drive
Post Office Box 3
Lakeland, FL 33802
(Counsel for SABER ABDELMUTI)

F. WESLEY BLANKNER, JR., ESQ.
217 E. Ivanhoe Blvd., N.
Orlando, FL 32804
(Counsel for AHMAD ALMASRI)

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant ALDIN
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
Tel: (305) 856-1211
Fax: (305) 446-5856
Florida Bar No. 334170