UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

FILED by C___ D.C.
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION FOR SEVERANCE

THIS CAUSE having come to be heard on Defendant's Motion for Severance, and the Court being advised in the premises, it is

ORDERED and ADJUDGED that Defendant's Motion hereby ~~GRANTED~~ DENIED. /DPH/

~~IT IS FURTHER ORDERED and ADJUDGED that RAED ALDIN's trial will commence~~ _____.

DONE and ORDERED in Chambers this 20th day of June, 2001.

_____
U.S. DISTRICT JUDGE

Copies to:

Charles G. White, Esq.
Lawrence Bardfeld, Asst. U.S. Attorney
Defense counsel of record