UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6211-CR-HURLEY

-vs-

RAED NASER ALDIN,

      Defendant.
_____/

## OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE THAT MOTION TO SUPPRESS STATEMENTS BE DENIED

The Defendant, **RAED NASER ALDIN**, through counsel, respectfully objects to the Report and Recommendation of the Magistrate Judge recommending that his Motion to Suppress Statements be denied, and in support thereof would state:

1. ALDIN renews and adopts the arguments and authorities presented in his written Motion that were made orally at the hearing on June 11, 2001.

2. ALDIN objects to the legal conclusion that probable cause and/or reasonable suspicion existed to justify the traffic stop of June 5, 2001.

THEREFORE, the Defendant objects to the Report and Recommendation of the Magistrate Judge.

                              Respectfully submitted,

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant
2900 Bridgeport Ave., # 401
Coconut Grove, FL 33133
Tel: (305) 856-1211
Fax: (305) 446-5856
Florida Bar No. 334170

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of June, 2001, to: LAURENCE M. BARDFELD, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and defense counsel listed below.

RICHARD HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for MOHAMMED SAMHAN)

FRED HADDAD, ESQ.
One Financial Plaza, # 2612
Fort Lauderdale, FL 33394
(Counsel for THOMAS NAROG)

JOHN R. HOWES, ESQ.
633 S.E. Third Ave., # 4F
Fort Lauderdale, FL 33301
(Counsel for RABAH EL HADDAD)

PAUL GOODMAN, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NABIL AQUIL)

TIMOTHY BIASIELLO, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NIZAR FNEICHE)

RANDEE J. GOLDER, ESQ.
Post Office Box 3756
Boynton Beach, FL 33424
(Counsel for ZUHAIR RABEI)

GLENN SEIDEN, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for GHANDI JABER)

RICHARD DOCOBO, ESQ.
1571 N.W. 13th Court
Miami, FL 33125
(Counsel for NADIA ALMASRI)

THEODORE WEEKS IV, ESQ.
One Lake Morton Drive
Post Office Box 3
Lakeland, FL 33802
(Counsel for SABER ABDELMUTI)

F. WESLEY BLANKNER, JR., ESQ.
217 E. Ivanhoe Blvd., N.
Orlando, FL 32804
(Counsel for AHMAD ALMASRI)

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant ALDIN
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
Tel: (305) 856-1211
Fax: (305) 446-5856
Florida Bar No. 334170