UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
　　Plaintiff,

v.

RAED NASER ALDIN,
　　Defendant.
_____/

FILED by _____ D.C.

JUL - 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the court upon the report and recommendation of a United States Magistrate as to defendant's motion to suppress statements [DE 377]. In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant's objections to the Magistrate's Report, this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the Magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation are adopted.

2. The defendant's motion to suppress his testimony is **denied**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of July, 2001.

**copy furnished:**
U.S. Magistrate Judge Ann E. Vitunac
AUSA Laurence Bardfeld
Charles G. White, Esq.

Daniel T. K. Hurley
United States District Judge