1
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2

3                      WEST PALM BEACH DIVISION

                                                    AUG 17 2001
4

5
   UNITED STATES OF AMERICA,           CASE NO.   00-6211-CR-HURLEY
6
              Plaintiff,               West Palm Beach, FLorida
7                                      June 11, 2001
         v.
8
   RAED NASER ALDIN,
9
              Defendant.                            AUG 2  2001
10 _____X

11

12

13
                  Transcript of Motion to Suppress
14             before the Honorable Ann Vitunac,
                 United States Magistrate Judge
15

16 APPEARANCES:

17 FOR THE GOVERNMENT:   LAURENCE BARFIELD, A.U.S.A.

18 FOR THE DEFENDANT:    CHARLES WHITE, ESQ.

19

   KIMBERLY V. MESFUN, RPR
20 OFFICIAL COURT REPORTER
   301 N. Miami Avenue, Room 396
21 Miami, Florida   33128-7788
   (305)   523-5631
22

23

24 Proceedings recorded by mechanical stenography, transcript
   produced by notereading.
25

