# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 Am ~~9:30 AM~~

DEFT. ___RAED NASER ALDIN___ ✓ (J)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd)

AUSA. ___THOMAS O'MALLEY___ ✓   ATTY. ___CHARLES WHITE___ (CJA) ✓

AGENT. ___DEA___   VIOL. ___21:841(a)(1),846___

PROCEEDING ___STATUS CONFERENCE___   BOND. ___$70,000 10%___

DISPOSITION ___Status held___
Deft present with counsel
Defense ready for trial
No pending motions

DATE: 9-13-01   TAPE: ABV 01-68-240