UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
　　Plaintiff,

v.

RAED NASER ALDIN,
　　Defendant.
_____/

FILED by ____ D.C.
OCT 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER DENYING WITHOUT PREJUDICE RENEWED EXPARTE MOTION FOR SUPPLEMENTAL AUTHORIZATION

THIS MATTER come before the court upon exparte motion from counsel representing the above named defendant for supplemental authorization to utilize Criminal Justice Act (CJA) funds for private investigator. The amount requested exceeds this courts authority to approve. For that reason, it is

**ORDERED** and **ADJUDGED**:

1. The motion is **denied without prejudice**.

2. Counsel may re-file the motion, utilizing the attached memorandum, and provide the Chief Judge of the Circuit a detailed statement of reason, including estimated compensation an hourly rates, to justify the services request.

DATED and SIGNED in Chambers at West Palm Beach, Florida this 28th day of October, 2001.

**copy furnished:**
Charles G. White, Esq.

　　　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　　　United States District Judge

# MEMORANDUM

TO:       Chief Judge R. Lanier Anderson, III

FROM:    United States District or Magistrate Judge_____

DATE:    _____

SUBJECT:  **Advance Authorization for Investigative, Expert or Other Services**

    It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. §3006A, [or, for capital cases commenced, and appellate proceedings in which an appeal is perfected, <u>on or after</u> April 24, 1996, under 21 U.S.C. §848(q)(10)(B)] as follows:

Case Name and Designation_____

Name of Expert or Investigator or Service Provider _____

Address:_____

Type of Service_____

Reasons for Application_____

_____

Estimated Compensation $_____

Estimated Compensation and Expenses of All Investigative, Expert, and Other Services (Capital cases only) $_____

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. §3006A(e)(3) [or, if applicable, the estimated compensation and expenses in excess of the maximum forth in 21 U.S.C. §848(q)(10)(B),] appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $_____

_____        _____
United States District Judge or Magistrate Judge             Date

Advance authorization in the amount of $_____

_____        _____
Chief Judge, United States Court of Appeals                  Date
    (or Delegate)