UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

RAED NASER ALDIN,

        Defendant.
_____/

FILED
JAN 3 0 2002
CLERK, USDC / SDFL / W

## STIPULATION FOR ADDITIONAL PEREMPTORY CHALLENGES

The Defendant, **RAED NASER ALDIN**, through counsel, respectfully requests an additional peremptory challenge for each Defendant in his trial to commence February 4, 2002. By requesting this additional peremptory challenge, I agree that the Government will receive peremptory challenges equal to 80% of the additional peremptory challenges granted to all Defendants in this case.

_____
RAED NASER ALDIN

SWORN TO AND SUBSCRIBED before me this ___ day of _____, 2002.

_____
NOTARY PUBLIC

Gary McDaniel
Commission # CC 758880
Expires AUG. 20, 2002
BONDED THRU ATLANTIC BONDING CO., INC.

I.D. _____
or
Personally Known to Notary _____