UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

RAED NASER ALDIN,

       Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

**NOTICE** is hereby given that the **LAW OFFICES OF CHARLES G. WHITE, P.A.**, have relocated. The new address is:

    1031 Ives Dairy Road
    Suite 228
    Miami, FL 33179
    Telephone: (305) 914-0160
    Facsimile: (305) 914-0166
    E-mail: cgwhitelaw@netscape.net

Service of all pleadings, notices and papers by mail should be addressed to the undersigned counsel at the above-captioned address.

    Respectfully submitted,

    CHARLES G. WHITE, P.A.
    Counsel for Defendant
    1031 Ives Dairy Road
    Suite 228
    Miami, Florida 33179
    Tel: (305) 914-0160
    Fax: (305) 914-0166
    Florida Bar No. 334170

    _____
    CHARLES G. WHITE, ESQ.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of February, 2002, to: LAURENCE M. BARDFELD, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and defense counsel listed below.

RICHARD HAMAR, ESQ.  
2437 Briarcrest Road  
Beverly Hills, CA 90210  
(Counsel for MOHAMMED SAMHAN)

FRED HADDAD, ESQ.  
One Financial Plaza, # 2612  
Fort Lauderdale, FL 33394  
(Counsel for THOMAS NAROG)

JOHN R. HOWES, ESQ.  
633 S.E. Third Ave., # 4F  
Fort Lauderdale, FL 33301  
(Counsel for RABAH EL HADDAD)

PAUL GOODMAN, ESQ.  
33 N. Deerborn St., # 1015  
Chicago, IL 60602  
(Counsel for NABIL AQUIL)

TIMOTHY BIASIELLO, ESQ.  
33 N. Deerborn St., # 1015  
Chicago, IL 60602  
(Counsel for NIZAR FNEICHE)

RANDEE J. GOLDER, ESQ.  
Post Office Box 3756  
Boynton Beach, FL 33424  
(Counsel for ZUHAIR RABEI)

GLENN SEIDEN, ESQ.  
33 N. Deerborn St., # 1015  
Chicago, IL 60602  
(Counsel for GHANDI JABER)

RICHARD DOCOBO, ESQ.  
1571 N.W. 13th Court  
Miami, FL 33125  
(Counsel for NADIA ALMASRI)

THEODORE WEEKS IV, ESQ.  
One Lake Morton Drive  
Post Office Box 3  
Lakeland, FL 33802  
(Counsel for SABER ABDELMUTI)

F. WESLEY BLANKNER, JR., ESQ.  
217 E. Ivanhoe Blvd., N.  
Orlando, FL 32804  
(Counsel for AHMAD ALMASRI)

CHARLES G. WHITE, P.A.  
Counsel for Defendant ALDIN  
1031 Ives Dairy Road  
Suite 228  
Miami, Florida 33179  
Tel: (305) 914-0160  
Fax: (305) 914-0166  
Florida Bar No. 334170