MAR 06 02 01:01p    Charles G. White P.A.         3059140166                p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.

_____/

### NOTICE OF PROPOSED JURY INSTRUCTION

The Defendant, **RAED ALDIN**, through counsel, and pursuant to Rule 30 of the Federal Rules of Criminal Procedure, respectfully submits the attached proposed jury instruction.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel: (305) 914-0160
Fax: (305) 914-0166
Florida Bar No. 334170

_____
CHARLES G. WHITE, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6211-CR-HURLEY

-vs-

RAED NASER ALDIN,

     Defendant.
_____/

### REASONABLE CAUSE TO BELIEVE

To have "reasonable cause to believe" that the listed chemical would be used to manufacture a controlled substance means to have knowledge of facts which, although not amounting to direct knowledge, would cause the Defendant under consideration to conclude that the listed chemical would be used to manufacture a controlled substance. This is a subjective standard dependent upon the actual circumstances and evidence relating to a particular Defendant's knowledge. "Reasonable cause to believe" can only be used as direct evidence of knowledge if it has been proven beyond a reasonable doubt that the Defendant under consideration had notice of the illegal usage of pseudoephedrine and participated in the distribution or possession with intent to distribute the pseudoephedrine with knowledge of the illegal use and reasonable cause to believe that it was to be used for that purpose.

_____ Accepted

_____ Declined

_____ Modified

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 6th day of March, 2002, to: THOMAS O'MALLEY, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and defense counsel listed below.

RICHARD HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for MOHAMMED SAMHAN)

FRED HADDAD, ESQ.
One Financial Plaza, # 2612
Fort Lauderdale, FL 33394
(Counsel for THOMAS NAROG)

JOHN R. HOWES, ESQ.
633 S.E. Third Ave., # 4F
Fort Lauderdale, FL 33301
(Counsel for RABAH EL HADDAD)

PAUL GOODMAN, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NABIL AQUIL)

TIMOTHY BIASIELLO, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NIZAR FNEICHE)

RANDEE J. GOLDER, ESQ.
Post Office Box 3756
Boynton Beach, FL 33424
(Counsel for ZUHAIR RABEI)

GLENN SEIDEN, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for GHANDI JABER)

RICHARD DOCOBO, ESQ.
1571 N.W. 13th Court
Miami, FL 33125
(Counsel for NADIA ALMASRI)

THEODORE WEEKS IV, ESQ.
One Lake Morton Drive
Post Office Box 3
Lakeland, FL 33802
(Counsel for SABER ABDELMUTI)

F. WESLEY BLANKNER, JR., ESQ.
217 E. Ivanhoe Blvd., N.
Orlando, FL 32804
(Counsel for AHMAD ALMASRI)



CHARLES G. WHITE, P.A.
Counsel for Defendant ALDIN
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel: (305) 914-0160
Fax: (305) 914-0166
Florida Bar No. 334170