FILED by _____ D.C.

MAR 14 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I have noted that some of
the jurors have cell phones. Please
turn them off and do not use them
while the jury is deliberating. If a
juror needs to make a telephone
call, please leave the deliberations
until the call is completed.

Dear judge:

We had discussed placing the misc
sentence instructions before the charges,
perhaps put after "identification
testimony"

otherwise everything looks okay
[illegible]

Sincerely,

[signature]

Judge Hurley —
     We have come
a final decision
on all defendants
and the charges.

[illegible signature]

P.S. [illegible] would
     [illegible] be [illegible]

May we go home

now??

Judge Hurley,

How do we apply

Aiding and abetting

to Charge II ?

Judge Hurley –

What happens if

We are dead locked

on a Charge, With no

reason to believe this

Will ever Change?

Willa Hetzly

Ladies – Gentlemen,

Please continue with your

deliberations.

Addendum to Court's
Answer to Note 3

... but it has to be a
controlled substance, and
not some other illicit
or illegal ~~use~~ purpose
not involving a controlled
substance.

Re: Charge 11

Reasonable Cause to believe Standard
vs.
State proving its case

\* Did a defendant have to have knowledge or reasonable Cause to believe the pseudoephedrine would be used to make ~~specifically~~ methamphetamine! to be guilty??

~~Substantive crime~~
~~Aiding and Abetting~~

May we leave at 4pm?

Willa Hetzls

126

Judge Hurley —

Can we, the Jury,
seperate the Charges between
Count 1 & 11? Is there
a possibility to seperate
a fine line difference
between those two Charges?

Willa Hetzler
Foreman

US
v
Raed Naser
Aldin

Proposed Curative
Instruction

The Defendant, Raed
Naser Aldin, is not on
trial for being in the
United States illegally.
You should draw no adverse
inference from his illegal
status in consideration of
these charges.

The jury would like to leave today at 4pm. We will restart tomorrow at 9:30 Am. We agree to eat lunch in tomorrow.

Wed 3/6

Judge Hurly,

May I please address a concern I have for this Friday, 3/8.? I have scheduled an 8 AM meeting with my Principal, Area Director, teachers' Union and my principals union. Directors + I am the Chair of this meeting and feel a great deal of responsibility. If we have to deliberate on Friday, would it be possible to delay our start until 10 Am? My meeting should be over by 9 AM and my drive from the acreage should take approx. 45-50 min.

Thank you for your consideration

Willa Hitzi
Juror # 2

May we have a list of defendants and their attorneys.

Judge -

As a courtesy I want to tell you I am 99% sure I am resting.

I have told the defense, but not the prosecutor due to strategy reasons, so I hope this is like a "no fire" under seal.

We decided finally this morning)

Fred Haddad

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA

vs.

MICAH IL HIRSCH,


John R. Howes



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JUDGE: DANIEL T. K. HURLEY                COURTROOM:   1

DATE: MONDAY, FEBRUARY 11, 2002      LOCATION: U.S. COURTHOUSE
                                               WEST PALM BEACH, FL

==============================================================

| | | |
|---|---|---|
| 8:40 | USA | AUSA Bertha R. Mitrani |
| **S/C** | vs. | 954/356-7255 |
| 02-60001-Cr. | Charles Carey | AFPD Robert N. Berube |
| (No Interp.) | **(#56040-004)(DETENTION)** | 954/356-7436 |
| (Reporter Req.) | | |

**DEFENDANT NOT REQUIRED**

--------------------------------------------------------------

| | | |
|---|---|---|
| 8:45 | USA | AUSA Bruce E. Reinhart |
| **S/C** | vs. | 561/820-8711 |
| 02-80003-Cr. | Kenneth Bean | AFPD / West Palm Beach, FL |
| (No Interp.) | **(#71758-004)(DETENTION)** | 561/833-6288 |
| (Reporter Req.) | Anton Patterson | Jack A. Fleischman |
| | **(#71784-004)(BOND)** | 561/585-3666 |

**DEFENDANT NOT REQUIRED**

--------------------------------------------------------------

| | | |
|---|---|---|
| 8:50 | USA | AUSA Lauren E. Jorgensen |
| **S/C** | vs. | 561/820-8711 |
| 02-80015-Cr. | Hadley Herman Dillenbeck, Jr. | AFPD / West Palm Beach, FL |
| (No Interp.) | **(#71794-004)(DETENTION)** | 561/833-6288 |
| (Reporter Req.) | | |

**DEFENDANT NOT REQUIRED**

--------------------------------------------------------------

| | | |
|---|---|---|
| 9:30 | USA | AUSA Thomas O'Malley |
| **JURY TRIAL** | vs. | 954/356-7255 |
| 00-6211-Cr. | Thomas Narog | Fred Haddad |
| (Arabic Interp.) | **(#55409-004)** | 954/467-6767 |
| (Reporter Req.) | Naser Aldin | Charles G. White |
| | **(#28465-039)** | 305/856-1211 |
| | Nabil Aquil | Paul Goodman |
| | **(#20047-424)** | 312/236-3060 |
| | Nizar Fneiche | Timothy Biasiello |
| | **(#20046-424)** | 312/853-0343 |
| | Rabah El Haddad | John R. Howes |
| | **(#99646-011)** | 954/763-6003 |
| | Mohammed Samhan | Richard A. Hamar |
| | **(#55410-004)** | 310/550-0460 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JUDGE: DANIEL T. K. HURLEY                   COURTROOM:   1

DATE: THURSDAY, FEBRUARY 14, 2002    LOCATION: U.S. COURTHOUSE
                                                WEST PALM BEACH, FL
=================================================================

| | | |
|---|---|---|
| 8:40 | USA | AUSA Janice LeClainche |
| **S/C** | vs. | 561/820-8711 |
| 01-8028-Cr. | Anthonio Wimberly | AFPD Robert Adler |
| (No Interp.) | **(#  -  )(DETENTION)** | 561/833-6288 |
| (Reporter Req.) | | |

### DEFENDANT NOT REQUIRED

-----------------------------------------------------------------

| | | |
|---|---|---|
| 8:45 | USA | AUSA Stephen Carlton |
| **S/C** | vs. | 561/820-8711 |
| 02-80013-Cr. | Jane Armstrong | Mitchell J. Beers |
| (No Interp.) | **(#-)(BOND)** | 561/622-8100 |
| (Reporter Req.) | | |

### DEFENDANT NOT REQUIRED

-----------------------------------------------------------------

| | | |
|---|---|---|
| 9:30 | USA | AUSA Thomas O'Malley |
| **JURY TRIAL** | vs. | 954/356-7255 |
| 00-6211-Cr. | Thomas Narog | Fred Haddad |
| (Arabic Interp.) | **(#55409-004)** | 954/467-6767 |
| (Reporter Req.) | Naser Aldin | Charles G. White |
| | **(#28465-039)** | 305/856-1211 |
| | Nabil Aquil | Paul Goodman |
| | **(#20047-424)** | 312/236-3060 |
| | Nizar Fneiche | Timothy Biasiello |
| | **(#20046-424)** | 312/853-0343 |
| | Rabah El Haddad | John R. Howes |
| | **(#99646-011)** | 954/763-6003 |
| | Mohammed Samhan | Richard A. Hamar |
| | **(#55410-004)** | 310/550-0460 |

### DEFENDANTS REQUIRED

-----------------------------------------------------------------

Peremptory Challenges

(9)        G-                        △ (15)

| | |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| — | 5 |
| — | 6 |
| 5 | 7 |
| 6 | 8 |
| 7 | 9 |
| | — |
| ——— | ——— |
| ALT | 10 |
| — | |
| 1 | 1 |
| — | 2 |

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE



## I.  INFORMATION ABOUT YOURSELF

What community or section of the county do you live in?

What is your educational background?

If you work outside the home, what is your occupation?

Have you served on a jury before?

>   Civil or Criminal?

>   Did the jury reach a verdict?

>   Were you the foreperson?

Are you married?  If so, does your spouse work outside the home? What does he/she do?

If you have grown children, what type of work do they do?

## II. INFORMATION ABOUT THE CASE

Do you know any of the parties, lawyers or witnesses in the case?

Have you heard or read any reports in the media about this case?

Is there anything about the defendants' ethnicity, citizenship, or religious beliefs that would prevent you from being a fair and impartial juror?

Would the length of the case pose an undue hardship?

## III. INFORMATION ABOUT "EXTENDED GROUP" -- YOURSELF, RELATIVES, FRIENDS AND NEIGHBORS.

Is or has anyone in this group been:

Employed by or involved with law enforcement?

Arrested and charged with a crime?

The victim of a crime?

Employed by a governmental agency?

Had a problem involving the use of illegal drugs?

## IV. LEGAL PRINCIPLES

Would you accept the law as explained by the judge and apply it faithfully in this case?

Do you believe in the jury system?

As you sit here today, do you believe that you could be a fair and impartial juror?

Is there anything else that you would like to mention?

2

