UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6211-CR-HURLEY

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR NEW TRIAL OR JUDGMENT OF ACQUITTAL

The Defendant, **RAED NASER ALDIN**, through counsel, respectfully requests this Court grant him a three-week extension of time within which to file a Memorandum of Law in support of his Motion for New Trial or Judgment of Acquittal, and in support thereof would state:

1. NASER ALDIN has filed a timely Motion for New Trial or Judgment of Acquittal in this case. This Motion sets forth the factual basis and the substance of the arguments NASER ALDIN believes entitle him to relief. Despite the exercise of due diligence, counsel was not able to complete a Memorandum of Law which would assist the Court in ruling on the issues before it. Additional time is necessary in order to accomplish that.

2. One of the issues which is being raised concerns an allegation of prosecutorial misconduct during closing argument. Counsel has ordered the transcript of the Government's closing arguments, both the initial and rebuttal, and NASER ALDIN's closing. Reference to the

transcript would assist counsel in properly framing the issue before the Court, and he would appreciate an extension of time to obtain the transcript and incorporate it into his Motion for New Trial.

3. There is also an issue related to the prosecutor's improper argument concerning the "true" identity of the Defendant. Counsel is still endeavoring to investigate the documentation made available to the U.S. Immigration Service and the U.S. Marshal's Service in Detroit, Michigan, where NASER ALDIN surrendered from Canada to face these charges. Additional time is necessary to complete that investigation.

4. Counsel believes that he would be able to complete a Memorandum of Law with a two-week extension.

THEREFORE, the Defendant requests this Court grant him a three-week extension of time within which to file a Memorandum of Law in Support of his Motion for New Trial or Judgment of Acquittal.

Respectfully submitted,

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel:  (305) 914-0160
Fax:  (305) 914-0166
Florida Bar No. 334170

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of April, 2002, to: THOMAS O'MALLEY, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and defense counsel listed below.

RICHARD HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for MOHAMMED SAMHAN)

JOHN R. HOWES, ESQ.
633 S.E. Third Ave., # 4F
Fort Lauderdale, FL 33301
(Counsel for RABAH EL HADDAD)

TIMOTHY BIASIELLO, ESQ.
33 N. Deerborn St., # 1015
Chicago, IL 60602
(Counsel for NIZAR FNEICHE)

FRED HADDAD, ESQ.
One Financial Plaza, # 2612
Fort Lauderdale, FL 33394
(Counsel for THOMAS NAROG)

 

_____
CHARLES G. WHITE, P.A.
Counsel for NASER ALDIN
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel: (305) 914-0160
Fax: (305) 914-0166
Florida Bar No. 334170