UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

RAED NASER ALDIN,

        Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court upon Defendant's Motion for Extension of Time to File Memorandum of Law in Support of his Motion for New Trial or Judgment of Acquittal, and the Court having been fully advised in the premises, it is

    ORDERED and ADJUDGED that:

    1. That said Motion is hereby ~~GRANTED~~ **DENIED**.

    ~~2. NASER ALDIN's Memorandum of Law in Support of Motion for New Trial or Judgment of Acquittal is due on _____.~~

    DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this ____ day of April, 2002.

                                    Daniel T. K. Hurley
                                    U.S. DISTRICT JUDGE

Copies to:
Charles G. White, P.A.
Thomas O'Malley, Asst. U.S. Attorney
Counsel of Record