UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/



ORDER DENYING MOTION FOR NEW TRIAL, ETC.

THIS CAUSE having come before the Court upon Defendant's Motion for Extension of Time to File Memorandum of Law in Support of his Motion for New Trial or Judgment of Acquittal, and the Court having been fully advised in the premises, it is

ORDERED and ADJUDGED that:

1. The Defendant's Motion for New Trial is DENIED. ~~GRANTED/GRANT~~ED.

2. The Defendant's Motion for Judgment of Acquittal is ~~GRANTED~~/DENIED.

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this ____4th____ day of April, 2002.

                                                      _____
                                                      U.S. DISTRICT JUDGE

Copies to:

Charles G. White, P.A.
Thomas O'Malley, Asst. U.S. Attorney
Counsel of Record