IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6211-HURLEY/VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> NIZAR FNEICHE, ) </br> ) </br> Defendant, ) </br> _____) | FILED by ___ D.C. </br> APR 10 2002 </br> CLARENCE MADDOX </br> CLERK U.S. DIST. CT. </br> S.D. OF FLA. - W.P.B. |

### ORDER

This cause coming on to be heard on the Defendant Nizar Fneiche's Renewed Rule 29 Motion for Judgment of Acquittal, and Rule 33 Motion for New Trial, counsel for the United States of America having been duly notified, and the Court being fully advised;

IT IS HEREBY ORDERED THAT:

The Defendant's Motion is *DENIED*.   ~~GRANTED~~
~~DENIED~~

It is so ordered in West Palm Beach, Florida, this __10th__ day of April, 2000.

_____
Daniel T. K. Hurley
JUDGE

Copies to:
T. Biasiello
AUSA Thomas O'Malley
All counsel of record

## SERVICE LIST

Fred Haddad
HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E.3rd Avenue
Fort Lauderdale, FL 33301

Paul Goodman, Esq.
33 North Dearborn Street
Chicago, Illinois 60602

Charles White, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606

AUSA Thomas O'Malley
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394-3092