UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS NAROG, et al.

        Defendants.

FILED by _____ D.C.
MAY - 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER *DENYING* GOVERNMENT'S
MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon the Government's motion to continue the sentencing date of June 7, 2002 for defendants Thomas Narog, Raed Naser Aldin, Mohammed Samhan and Nizar Fneiche, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's motion is __DENIED__, ~~and the sentencing date and time for the defendant's are scheduled as follows:~~



1. Thomas Narog - _____ _____
                 Date      Time

2. Raed Naser Aldin - _____ _____
                 Date      Time

3. ~~Mohammed~~ Samhan -

_____  _____
Date                                    Time

4. Nizar ~~Fneiche~~ -

_____  _____
Date                                    Time

DONE AND ORDERED this 7th day of May, 2002, at West Palm Beach, Florida.

_____
DANIEL T.K. HURLEY
United States District Judge

copies furnished:
    Thomas A. O'Malley, AUSA
    Fred Haddad, Esq. (Narog)
    Charles G. White, Esq. (Aldin)
    Richard Hamar, Esq. (Samhan)
    Timothy Biasiello, Esq. (Fneiche)