UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

## MOTION FOR DOWNWARD DEPARTURE

The Defendant, **RAED NASER ALDIN**, through counsel, respectfully requests this Court downwardly depart from the applicable Guideline range, and in support thereof would state:

1. NASER ALDIN is a Palestinian who lives on the West Bank. Neither the Palestinian Authority or Israel has an extradition treaty with the United States.

2. When the Indictment was returned in this case, NASER ALDIN was in Canada. While in Canada, he was outside the jurisdiction of the United States.

3. Rather than return to Palestine, NASER ALDIN instead voluntarily surrendered at the U.S. Marshal's Service in Detroit, Michigan.

4. NASER ALDIN's willingness to voluntarily surrender to be subjected to prosecution stands in sharp contrast to his co-defendant, Ghandi Jaber, who made an offer of

cooperation to the Government as a ruse to obtain a bond, and then fled the United States to avoid further prosecution in the case.

5.  If Ghandi Jaber had been available as a co-defendant, and had testified truthfully, he would have had to acknowledge that he purposely kept NASER ALDIN and many of the other defendants in the dark about the true nature of his scheme to distribute pseudoephedrine to methamphetamine laboratories.  He also engaged in outright deception by telling NASER ALDIN and others that the pseudoephedrine was being exported to Israel.

6.  By voluntarily surrendering across international borders, NASER ALDIN took his case outside the "heartland" of cases involving foreign nationals.  NASER ALDIN should be entitled to a downward departure.

## MEMORANDUM OF LAW

In Koon v. United States, 518 U.S. 81, 116 S.Ct. 2035, 135 L.Ed.2d 392 (1996), the Supreme Court indicated the procedure for determining whether any particular case can be placed outside the "heartland" of similar cases when determining whether a departure from the Sentencing Guidelines is appropriate.  Voluntarily surrendering across international borders by a foreign national, who, if he returned home, would not be extraditable, is not something within the "heartland" of similar cases.  To the extent that

It does not qualify under Section 3E1.1 as a species of acceptance of responsibility, it is not adequately covered by any provisions of the Guidelines. Section 5K2.0 permits the District Court to exercise its discretion to depart based upon factors not adequately considered by the Guidelines. NASER ALDIN would request this Court exercise its discretion in this case, and depart downward two levels for his voluntary surrender.

CONCLUSION

Upon the arguments and authorities aforementioned, the Defendant requests this Court downwardly depart from the applicable Guideline range.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel: (305) 914-0160
Fax: (305) 914-0166
Florida Bar No. 334170

_____
CHARLES G. WHITE, ESQ.

3

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 24th day of May, 2002, to: THOMAS O'MALLEY, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, fax (954) 356-7336; and SHEILA TIERNEY, USPO, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401, fax (561) 655-1049; and mailed to defense counsel listed below.

RICHARD HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for MOHAMMED SAMHAN)

JOHN R. HOWES, ESQ.
633 S.E. Third Ave., # 4F
Fort Lauderdale, FL 33301
(Counsel for RABAH EL HADDAD)

TIMOTHY BIASIELLO, ESQ.
33 N. Dearborn St., # 1015
Chicago, IL 60602
(Counsel for NIZAR FNEICHE)

FRED HADDAD, ESQ.
One Financial Plaza, # 2612
Fort Lauderdale, FL 33394
(Counsel for THOMAS NAROG)

 

_____
CHARLES G. WHITE, P.A.
Counsel for NASER ALDIN
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel: (305) 914-0160
Fax: (305) 914-0166
Florida Bar No. 334170

4