```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,  ) Docket No.
                                ) 00-6211-CR-HURLEY
 5              Plaintiff,      )
     vs.                        ) West Palm Beach, Florida
 6                              ) February 28, 2002
     THOMAS NAROG,              )
 7   RABEH EL HADDAD, and       )
     MOHAMMED SAMHAN, et al.,   )
 8                              )      VOLUME 15
                Defendants.     )
 9   _____ x

10

11           COURT REPORTER'S TRANSCRIPT OF
           TESTIMONY AND PROCEEDINGS HAD BEFORE
12          JUDGE DANIEL T. K. HURLEY AND A JURY

13
     APPEARANCES:
14
     For the Government:        THOMAS O'MALLEY, ESQ.
15                              WILLIAM T. ZLOCH, ESQ.
                                Assistant U.S. Attorney
16
     For Defendant Narog:       FRED HADDAD, ESQ.
17
     For Defendant Aldin:       CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:       PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:     TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad:   JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:      RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

24                       PAULINE A. STIPES
                          Official Reporter
25                      U. S. District Court
```