4614

```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         NORTHERN DIVISION


UNITED STATES OF AMERICA, ) Docket No.
                          ) 00-6211-CR-HURLEY
            Plaintiff,    )
vs.                       ) West Palm Beach, Florida
                          ) May 29, 2002
RAED NASER ALDIN,         )
                          ) VOLUME 25
                          )
            Defendants.   )
                          x


              COURT REPORTER'S TRANSCRIPT OF
           TESTIMONY AND PROCEEDINGS HAD BEFORE
           JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:     THOMAS O'MALLEY, ESQ.
                        WILLIAM T. ZLOCH, ESQ.
                        Assistant U.S. Attorney


For Defendant Aldin:    CHARLES G. WHITE, ESQ.



Court Reporter:         Pauline A. Stipes, C.S.R., C.M.
```

PAULINE A. STIPES
Official Reporter
U. S. District Court