UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NASER ALDIN,
    Defendant.
_____/



FILED by _____ D.C.

JUN 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE RESETTING HEARING

**TAKE NOTICE** that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above cited case has been reset to **Wednesday, August 28, 2002, at 9:30 a.m.** before the Honorable Daniel T. K. Hurley at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DATED THIS** 25th day of June, 2002.

**copy furnished:**
AUSA Thomas O'Malley
Charles G. White, Esq.
United States Probation Office
United States Marshal Services

_____
James E. Caldwell, Sr.
Courtroom Deputy



For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts