# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**vs.**

**NASER ALDIN,**
     **Defendant.**

---------------------------------------/

FILED by ____ D.C.

OCT 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE RESETTING SENTENCING HEARING

**TAKE NOTICE** that the Sentencing Hearing in the above captioned case has been reset to **Friday, November 1, 2002, at 10:30 a.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 17th day of October, 2002.

James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Thomas O'Malley
Charles G. White, Esq.
U.S. Probation Office, WPB, FL
U.S. Marshal Service

at http://us.geocities.com/uscts