UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **RAED NASER ALDIN**, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Conviction entered November 12, 2002, by U.S. District Judge Daniel T.K. Hurley.

    Respectfully submitted,

    CHARLES G. WHITE, P.A.
    Counsel for Defendant
    1031 Ives Dairy Road
    Suite 228
    Miami, Florida 33179
    Tel: (305) 914-0160
    Fax: (305) 914-0166
    Florida Bar No. 334170

    _____
    CHARLES G. WHITE, ESQ.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of November, 2002, to: WILLIAM T. ZLOCH, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel:  (305) 914-0160
Fax:  (305) 914-0166
Florida Bar No. 334170

_____
CHARLES G. WHITE, ESQ.