UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/

**MOTION TO FURTHER AMEND PRE-SENTENCE INVESTIGATION REPORT TO CONFORM TO COURT'S FINDINGS AT SENTENCING**

    The Defendant, **RAED NASER ALDIN**, through counsel, respectfully requests this Court order further amendment of the Pre-Sentence Investigation Report (hereinafter "PSI"), and in support thereof would state:

    1. Pursuant to the rulings of this Court at the Sentencing Hearing held November 1, 2002, an Amended PSI was prepared.

    2. On page 13, paragraph 51, of the PSI, the factual basis for the finding that NASER ALDIN had obstructed justice can be found.

    3. A review of the revised paragraph 51 reveals that the Court's findings from the Sentencing Hearing, which were based upon the Government's list of alleged perjury submitted after the first sentencing hearing, was superimposed on those allegations contained in the original PSI. At the original Sentencing Hearing held on May 29,

2002, the Court addressed the allegations contained in the original PSI, and made findings in favor of NASER ALDIN.

4. So that the PSI is clear, the allegations contained in the original PSI should be deleted. This would involve removing the second, third, and fourth sentences in paragraph 51.

5. Assistant U.S. Attorney Thomas O'Malley has been contacted and objects to the relief sought herein.

THEREFORE, the Defendant requests this Court order a further amendment to the PSI as set forth above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of December, 2002, to: THOMAS O'MALLEY, ASST. U.S. ATTORNEY, 500 Australian Avenue, West Palm Beach, FL 33401; and SHEILA TIERNEY, USPO, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel:  (305) 914-0160
Fax:  (305) 914-0166
Florida Bar No. 334170



_____
CHARLES G. WHITE, ESQ.

2