UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

RAED NASER ALDIN,

    Defendant.
_____/



ORDER ~~DIRECTING~~ *DENYING MOTION TO DIRECT* U.S. PROBATION OFFICE TO FURTHER AMEND PRE-SENTENCE INVESTIGATION REPORT

THIS CAUSE having come to be heard on Defendant's Motion to Further Amend Pre-Sentence Investigation Report to Conform to Court's Findings at Sentencing, and the Court having been fully advised in the premises, it is

ORDERED and ADJUDGED that said Motion is hereby ~~GRANTED~~ *DENIED*.

Paragraph 51, on page 13, of the Amended Pre-Sentence Investigation Report should be amended to read in total:

> According to the Government, the Defendant obstructed justice by testifying falsely at trial regarding material facts. Aldin testified falsely that he was not concerned with an undercover vehicle that drove past the Shurgard warehouse unit and that his gestures on the videotape were made for the sole purpose of getting Jaber Ghandi's attention for purposes of not closing another warehouse unit door. Aldin testified falsely that he was not concerned about the contents of garbage bags and that he disposed of the garbage bags in multiple dumpsters for the sole purpose that, as a matter of "decency", he felt uncomfortable in filling up other people's dumpsters. Aldin testified falsely that his sole reason for driving to the Target Shopping Center

UNITED STATES-vs-RAED NASER ALDIN
CASE NO. 00-6211-CR-HURLEY
Page 2

~~alley~~ was to use it as a shortcut, not to check on police ~~counter-surveillance. He also testified falsely that he was present in that area on June 5 because he went shopping at Target. Aldin testified falsely at trial that~~ he did not know the illegal purpose for which the pseudoephedrine was being repackaged and/or that his detention by police on June 5 was connected with the pseudoephedrine found in the Boynton Beach townhouse.

DONE and ORDERED in West Palm Beach, Palm Beach County, Florida, this ___6th___ day of December, 2002.

_____
U.S. DISTRICT JUDGE

Copies to:

Charles G. White, Esq.
Sheila Tierney, USPO
Thomas O'Malley, AUSA