# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
MOHAMMED SAMHAN,
NIZAR FNEICHE,
RAED NASER ALDIN,
    Defendants.

------------------------------------------/

FILED by _____ D.C.

NOV 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** come before the court *sua sponte.* It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Thursday, November 18, 2004, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___12___ day of November, 2004.

**copy furnished:**
AUSA Thomas O'Malley
Kevin J. Kulik, Esq.
Jeffrey M. Voluck, Esq.
Timothy Biasiello, Esq.
Charles G. White, Esq.

                    Daniel T. K. Hurley
             United States District Judge

727