NIGHT BOX
FILED

FEB 17 2005

CLARENCE MADDOX
CLERK, USDC/SDFL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

vs.

RAED NASER ALDIN,

      Defendant.
_____/

INMATE NO: 28465-039

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled defendant in the above entitled case is set for a Calendar Call/Status Conference/Trial on Friday, February 25, 2005, at 1:30 p.m., at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2. Raed Naser Aldin, a defendant in said case, is now confined in the FCI Coleman Low, Federal Correctional Institution, 846 NE 54th Terrace, Coleman, Florida 33521.

3. It is necessary to have said defendant before this Court for the purpose of a Calendar Call/Status Conference/Trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Raed Naser Aldin and have subject before this Court at the time and place above specified, then and there for a Calendar Call/Status



Conference/Trial; and also directing the said Warden to deliver the said Raed Naser Aldin into the custody of any United States Marshal for the aforesaid purpose and future proceedings.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

2/17/05
Date

By: _____
Laurence M. Bardfeld
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Phone: (954) 356-7255
Fax: (954) 356-7336