UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT B...**
**FILED**

FEB 2 3 200...

CLARENCE ...
CLERK. USD...

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

vs.

INMATE NO: 28465-039

RAED NASER ALDIN,

Defendant.
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.      The above entitled defendant in the above entitled case is set for a Trial on Monday,

March 7, 2005, at 9:00 a.m., at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2.      Raed Naser Aldin, a defendant in said case, is now confined in the  FCI Coleman

Low, Federal Correctional Institution, 846 NE 54th Terrace, Coleman, Florida 33521.

3.      It is necessary to have said defendant before this Court for the purpose of a Trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas

corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal

institution and there take into custody the body of the said Raed Naser Aldin and have subject

before this Court at the time and place above specified, then and there for a Trial; and also

directing the said Warden to deliver the said Raed Naser Aldin into the custody of any United

States Marshal for the aforesaid purpose and future proceedings.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:

2/23/05
Date

Laurence M. Bardfeld
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida  33394
Phone: (954) 356-7255
Fax: (954) 356-7336