UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

vs.

INMATE NO: 28465-039

RAED NASER ALDIN,

      Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, of the FCI Coleman Low, Federal Correctional Institution, Coleman, Florida

It appearing from the petition of the United States of America that Raed Naser Aldin, a defendant in the above entitled case, is confined in the FCI Coleman Low, Federal Correctional Institution, 846 NE 54th Terrace, Coleman, Florida 33521 and that said case is set for a Trial at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on Monday, March 7, 2005, at 9:00 a.m. and that it is necessary for the said defendant to be before this Court for the said proceeding, and future proceedings;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said Raed Naser Aldin, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on Monday, March 7, 2005, at 9:00 a.m., for a Trial on the criminal charges pending against subject in this cause and future proceedings.

And this is to command you, the Warden of the FCI Coleman Low, Federal Correctional Institution, 846 NE 54th Terrace, Coleman, Florida 33521 to deliver into the custody of any United

States Marshal, upon production to you of a certified copy of this writ, the body of the said Raed Naser Aldin for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Florida, this 2nd day of March, 2005.

```
                                    _____
                                    HONORABLE DANIEL T. K. HURLEY
                                    UNITED STATES DISTRICT JUDGE
```

cc:   U.S. Attorney (Laurence M. Bardfeld)
      U.S. Marshal (5 certified copies)
      Chief Probation Officer