UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
THOMAS NAROG, et al.       )
                           )
_____)

ORDER

THIS CAUSE having come before the Court on the United States' Motion for Return of Trial Exhibits, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that the United States' Motion for Return of Trial Exhibits is GRANTED.

The Clerk of the Court is ordered to return the trial exhibits in Case No 00-6211-CR-HURLEY(s)(Appellate Court Case No. 02-13437-AA) to the United States forthwith.

DONE and ORDERED this 3ɾᵈ day of March, 2005.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Laurence M. Bardfeld, AUSA
    Kevin Kulik, Esquire

