UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY(s)

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
THOMAS NAROG, et al.       )
                           )
_____)

FILED by _____ D.C.

MAR 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

ORDER

THIS CAUSE having come before the Court on the United States' Renewed Motion for Return of Trial Exhibits, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that the United States' Renewed Motion for Return of Trial Exhibits is GRANTED.

The Clerk of the Court is ordered to return all of the trial exhibits in Case No. 00-6211-CR-HURLEY(s), Appellate Court Case No. 02-13437-AA, to the United States forthwith. The Clerk is ordered to locate and return a second box of trial exhibits that had been sent to the Appellate Court.



~~If the Clerk of Court is unable to locate the second box of trial exhibits, the Court shall continue this case until _____.~~

DONE and ORDERED this 14 day of March, 2005.

                                          DANIEL T.K. HURLEY
                                          UNITED STATES DISTRICT JUDGE

cc: Laurence M. Bardfeld, AUSA
    Kevin Kulik, Esquire
    Clerk of Court