UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6211-CR-HURLEY(s)(s)

UNITED STATES OF AMERICA

vs.

NIZAR FNEICHE and
RAED NASER ALDIN,

        Defendants.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

From in or about September 1999, to on or about July 29, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

NIZAR FNEICHE,
and
RAED NASER ALDIN,

did knowingly and intentionally possess pseudoephedrine, a List 1 chemical as defined in Title 21, United States Code, Section 802, with knowledge that the record keeping and recording requirements of Section 830 of Title 21, had not been adhered to, and after such knowledge was acquired, did not take immediate steps to remedy the violation, in violation of Title 21, United States Code, Section 841(f)(2).

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA           CASE NO. _____

vs.

NIZAR FNEICHE, and,                **CERTIFICATE OF TRIAL ATTORNEY\***
RAED NASER ALDIN,

        **Defendants**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)      New Defendant(s)        Yes ____   No ____
                                      Number of New Defendants ____
____ Miami  ____ Key West             Total number of counts   ____
_X_ FTL     ____ WPB     ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    NO

   List language and/or dialect    _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I   0 to 5 days      _X_            Petty      ____
   II  6 to 10 days     ____            Minor      ____
   III 11 to 20 days    ____            Misdem.    ____
   IV  21 to 60 days    ____            Felony     _X_
   V   61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  _YES_
   If yes:
   Judge: Honorable Daniel T.K. Hurley    Case No. 00-6211-CR-Hurley(s)
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _NO_
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)    _NO_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ____ Yes  _X_ No
   If yes, was it pending in the Central Region?   ____ Yes  _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ____ Yes  _X_ No

                                        _____
                                        LAURENCE M. BARDFELD
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No. 712450

\*Penalty Sheet(s) attached                                                          REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: NIZAR FNEICHE

**Case No**: 00-6211-CR-Hurley(s)(s)

Count #: 1

Failure to keep adequate records for a List 1 chemical (pseudoephedrine) in violation of Title 21, United States Code, Section 841(f)(2)

\* **Max.Penalty**: 1 year imprisonment, $100,000 fine, $25 special assesment

Count #:

\***Max. Penalty**:

Count #:

\***Max. Penalty**:

Count #:

\***Max. Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RAED NASER ALDIN

**Case No**: 00-6211-CR-Hurley(s)(s)

Count #: 1

Failure to keep adequate records for a List 1 chemical (pseudoephedrine)

in violation of Title 21, United States Code, Section 841(f)(2)

* **Max.Penalty**: 1 year imprisonment, $100,000 fine, $25 special assesment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.