# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



======================================

Case No. _OO-6211-CR._                    Date _April 5, 2005_

Courtroom Deputy: <u>James E. Caldwell</u>        Court reporter: <u>Pauline Stipes</u>

Language Spoken: _English_        Defendant's Status: (Pretrial Detained / ~~Bond~~)

### UNITED STATES OF AMERICA  v.  _Raed Naser Aldin_

AUSA: _Lawrence Bardfeld_        DEFENSE COUNSEL: _Charles G. White_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count One of the one-count superseding Information._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _The defendant waived a PSI and the court continued with to Sentencing._

RH
776