AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

APR 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAU.

## WAIVER OF INDICTMENT

UNITED STATES OF AMERICA

V.

CASE NUMBER: 00-6211-CR-HURLEY(s)(s)

RAED NASER ALDIN

I, RAED NASER ALDIN, the above named defendant, who is accused of knowingly and intentionally possessing pseudoephedrine, a List 1 chemical as defined in Title 21, United States Code, Section 802, with knowledge that the record keeping and recording requirements of Section 830 of Title 21, had not been adhered to, and after such knowledge was acquired, not taking immediate steps to remedy the violation, in violation of Title 21, United States Code, Section 841(f)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
Date

RAED NASER ALDIN
*Defendant*

CHARLES WHITE, ESQUIRE
*Counsel for Defendant*

Before HONORABLE DANIEL T K HURLEY
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.